LINDA SAGER, ESQ.
Nevada Bar No. 8882
HEROLD & SAGER
3960 Howard Hughes Pkwy, Suite 500
Las Vegas, Nevada 89169
Tel:  (702) 990-3624
Fax:  (702) 990-3624
lsager@heroldsagerlaw.com

Attorney for Defendant National Union Fire Insurance Company of Pittsburgh, PA.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WYNN LAS VEGAS, LLC, <br><br>          Plaintiff, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and EACH of its RELATED COMPANIES that PROVIDED INSURANCE COVERAGE to PLAINTIFF; TUTOR-SALIBA CORPORATION; and ROE BUSINESS ENTITIES 1 through 50, inclusive, <br><br>          Defendants. | Case No. 2:20-cv-00832 <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR REPLY TO NATIONAL UNION'S MOTION TO STAY DISCOVERY** <br><br> **(FIRST REQUEST)** <br><br> Date Action Filed: May 8, 2020 |

Defendant National Union Fire Insurance Company of Pittsburgh PA. ("National Union"); Defendant/Counter-Plaintiff Tutor-Saliba Corporation ("Tutor-Saliba"); and Plaintiff/Counter-Defendant Wynn Las Vegas, LLC ("Wynn") (collectively, "Parties"), by and through their undersigned counsel, hereby submit the following stipulation:

WHEREAS, on December 4, 2020, National Union filed a Motion to Stay All Discovery (ECF Nos. 19 and 20);

1   WHEREAS, on December 18, 2020, Wynn filed its Opposition to the Motion to Stay All Discovery ECF Nos. 21 and 22);

3   WHEREAS, Tudor-Saliba did not file a Response or Opposition to National Union's Motion to Stay All Discovery;

5   WHEREAS, the docket text in the email from the CM/ECF system notifying the Parties of the filing and service of Wynn's Opposition to the Motion to Stay All Discovery provides that Replies to the Motion to Stay All Discovery must be filed on or by December 25, 2020;

9   WHEREAS, December 25, 2020, is Christmas Day, which is a Legal Holiday as defined by Federal Rules of Civil Procedure ("FRCP") 6 (a)(6)(A);

11  WHEREAS, FRCP 6 (a)(1)(C) provides that when the last day of a period to file a Reply to a motion is a Legal Holiday, the deadline to file a Reply to a motion continues to run until the end of the next day that is not a Saturday, Sunday, or Legal Holiday;

15  WHEREAS accordingly, the Parties agree the deadline for National Union to file a Reply to its Motion to Stay All Discovery will be December 28, 2020, rather than December 25, 2020;

18  WHEREAS, the Court has not granted any previous extensions to file Replies to National Union's Motion to Stay All Discovery.

20  IT IS HEREBY STIPULATED by and between the Parties that the deadline to file and serve Replies to National Union's Motion to Stay All Discovery is December 28, 2020, rather than December 25, 2020.

23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Dated: December 22, 2020                HEROLD & SAGER

_____
LINDA L. SAGER, ESQ.
lsager@heroldsagerlaw.com
Attorney for defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

Dated: December 22, 2020                KRAVITZ, SCHNITZER & JOHNSON, CHTD

*/s/ Kristopher T. Zeppenfeld*
MARTIN J. KRAVITZ, ESQ.
KRISTOPHER T. ZEPPENFELD, ESQ.
mkravitz@ksjattorneys.com
kzeppenfeld@ksjattorneys.com
Attorneys for Plaintiff WYNN LAS VEGAS, LLC

Dated: December 22, 2020                THE ALLISON LAW FIRM CHTD.

*/s/ Noah G. Allison*
NOAH G. ALLISON, ESQ.
noah@allisonnevada.com
Attorneys for Defendant/Counterclaimant TUTOR-SALIBA CORPORORATION

### ORDER

**IT IS SO ORDERED**

**DATED:** 11:57 am, December 23, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3

STIPULATION AND ORDER TO EXTEND DEADLINE                CASE NO. 2:20-CV-00832