LINDA SAGER, ESQ.
Nevada Bar No. 8882
HEROLD & SAGER
3960 Howard Hughes Pkwy, Suite 500
Las Vegas, Nevada 89169
Tel:    (702) 990-3624
Fax:    (702) 990-3624
lsager@heroldsagerlaw.com
Attorney for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WYNN LAS VEGAS, LLC, | Case No. 2:20-cv-00832 |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR REPLY TO NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.'S MOTION TO STAY OR DISMISS ACTION** |
| vs. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and EACH of its RELATED COMPANIES that PROVIDED INSURANCE COVERAGE to PLAINTIFF; TUTOR-SALIBA CORPORATION; and ROE BUSINESS ENTITIES 1 through 50, inclusive, | **(FIRST REQUEST)** |
| | Date Action Filed: May 8, 2020 |
| Defendants. | |

Defendant National Union Fire Insurance Company of Pittsburg, P.A. ("National Union"); Defendant/Counter-Plaintiff Tutor-Saliba Corporation ("Tutor-Saliba"); and Plaintiff/Counter-Defendant Wynn Las Vegas, LLC ("Wynn") (collectively, "Parties"), by and through their undersigned counsel, hereby submit the following stipulation:

WHEREAS, on January 25, 2021, National Union filed a Motion to Stay or Dismiss Action (ECF No. 30);

WHEREAS, on February 8, 2021, Wynn filed its Opposition to the Motion to Stay or Dismiss Action (ECF No. 33);

WHEREAS, Tudor-Saliba did not file a Response or Opposition to National Union's Motion to Stay or Dismiss Action;

1

1    WHEREAS, the docket text in the email from the CM/ECF system notifying the Parties of

2  the filing and service of Wynn's Opposition to the Motion to Stay or Dismiss Action provides that

3  Replies to the Motion to Stay or Dismiss Action must be filed on or by February 15, 2021.

4    WHEREAS, February 15, 2021, is Washington's Birthday, which is a Legal Holiday as

5  defined by Federal Rules of Civil Procedure ("FRCP") 6(a)(6)(A);

6    WHEREAS, FRCP 6(a)(1)(C) provides that when the last day of a period to file a Reply to

7  a motion is a Legal Holiday, the deadline to file a Reply to a motion continues to run until the end

8  of the next day that is not a Saturday, Sunday, or Legal Holiday;

9    WHEREAS, accordingly, the Parties agree the deadline for National Union to file a Reply

10  to its Motion to Stay or Dismiss Action will be February 23, 2021, rather than February 15, 2021;

11    WHEREAS, the Court has not granted any previous extensions to file Replies to National

12  Union's Motion to Stay or Dismiss Action.

13    IT IS HEREBY STIPULATED by and between the Parties that the deadline to file and serve

14  Replies to National Union's Motion to Stay or Dismiss Action is February 23, 2021, rather than

15  February 15, 2021.

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

2

1    Dated:  February 11, 2021                    HEROLD & SAGER

2

3                                                  /s/ Linda L. Sager
                                                   LINDA L. SAGER, ESQ.
4                                                  lsager@heroldsagerlaw.com
                                                   Attorney for Defendant NATIONAL UNION FIRE
5                                                  INSURANCE COMPANY OF PITTSBURGH, PA.

6    Dated:  February 11, 2021                    KRAVITZ, SCHNITZER & JOHNSON, CHTD

7

8                                                  /s/ Kristopher T. Zeppenfeld
                                                   MARTIN J. KRAVITZ, ESQ.
9                                                  KRISTOPHER T. ZEPPENFELD, ESQ.
                                                   mrkavitz@ksjattorneys.com
10                                                 kzeppenfeld@ksjattorneys.com
                                                   Attorneys for Plaintiff WYNN LAS VEGAS, LLC
11

12   Dated:  February 11, 2021                    THE ALLISON LAW FIRM CHTD.

13

14                                                 /s/ Noah G. Allison
                                                   NOAH G. ALLISON, ESQ.
15                                                 noah@allisonnevada.com
                                                   Attorneys for Defendant/Counterclaimant TUTOR-
16                                                 SALIBA CORPORATION

17           IT IS SO ORDERED.

18   Dated:  February 12, 2021.

19

20

21   HONORABLE JAMES C. MAHAN
     UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

                                              3

I, the undersigned, hereby certify that, on the 11th day of February 2021, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR REPLY TO NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.'S MOTION TO STAY OR DISMISS ACTION** using the Court's CM/ECF system which will send email notifications to the following counsel of record:

Martin J. Kravitz, Esq.
Kristopher T. Zeppenfeld, Esq.
KRAVITZ, SCHNITZER & JOHNSON, CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel: (702) 362-6666
Fax: (702) 362-2203
mkravitz@ksjattorneys.com
kzeppenfeld@ksjattorneys.com
Attorneys for Plaintiff: WYNN LAS VEGAS, LLC


THE ALLISON LAW FIRM CHTD.
Noah G. Allison, Esq.
3191 East Warm Springs Road
Longford Plaza East, Building 13
Las Vegas, Nevada 89120-3147
Tel (702) 933-4444
Fax (702) 933-4445
noah@allisonnevada.com
Attorneys for Defendant/Counterclaimant
TUTOR-SALIBA CORPORORATION

_____
Monica Zoe Hodge,
An employee of HEROLD & SAGER