UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WYNN LAS VEGAS, LLC, | Case No. 2:20-CV-832 JCM (BNW) |
| Plaintiff(s), | ORDER |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Wynn Las Vegas, LLC v. National Union Fire Insurance Company of Pittsburg, PA et al.*, case number 2:20-cv-00832-JCM-BNW. The parties ask that this case be stayed for 30 days as they have "reached agreement as to some material terms of a settlement and are in discussion to finalize the rest" and want to avoid "incurring additional litigation expenses related to complying with any [c]ourt-manded deadlines currently scheduled." (ECF No. 46).

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also Stern v. United States*, 563 F. Supp. 484, 489 (D. Nev. 1983).

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is STAYED. The parties shall file a joint status report on the status of their settlement negotiations within 30 days of this order.

DATED May 13, 2021.

_____
UNITED STATES DISTRICT JUDGE