MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
KRISTOPHER T. ZEPPENFELD, ESQ.
Nevada Bar No. 12144
KRAVITZ SCHNITZER JOHNSON
WATSON & ZEPPENFELD, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel: (702) 362-6666
Fax: (702) 362-2203
mkravitz@ksjattorneys.com
kzeppenfeld@ksjattorneys.com
*Attorneys for Plaintiff*
*Wynn Las Vegas, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WYNN LAS VEGAS, LLC;<br><br>Plaintiff,<br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and EACH of its RELATED COMPANIES that PROVIDED INSURANCE COVERAGE to PLAINTIFF; TUTOR-SALIBA CORPORATION; and ROE BUSINESS ENTITIES 1 through 50, inclusive<br><br>Defendants. | Case No. 2:20-CV-00832-JCM-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF WYNN LAS VEGAS LLC'S CLAIMS AGAINST NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, WYNN LAS VEGAS, LLC (hereinafter "Wynn"), by and through its counsel of record, KRAVITZ SCHNITZER JOHNSON WATSON & ZEPPENFELD, CHTD., and Defendant, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA (hereinafter "National Union"), by and through its counsel of record, HEROLD & SAGER., that Wynn's claims against National Union be dismissed with prejudice.

/ / /

IT IS HEREBY FURTHER STIPULATED that each party shall bear their own fees and costs as to this action.

DATED this 28th date of September, 2021.

| **KRAVITZ SCHNITZER JOHNSON WATSON & ZEPPENFELD, CHTD.** | **HEROLD & SAGER** |
|---|---|
| By:/s/ *Kristopher T. Zeppenfeld, Esq.*<br>MARTIN J. KRAVITZ, ESQ.<br>Nevada Bar No. 83<br>KRISTOPHER T. ZEPPENFELD, ESQ.<br>Nevada Bar No. 12144<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>*Attorneys for Plaintiff*<br>*Wynn Las Vegas, LLC* | By: */s/ Linda L. Sager, Esq.*<br>LINDA L. SAGER, ESQ.<br>Nevada Bar No. 8882<br>3960 Howard Hughes Pkwy Suite 500<br>Las Vegas, NV 89169<br>*Attorneys for Defendant*<br>*National Union Fire Insurance Company*<br>*Of Pittsburgh, PA* |

## **ORDER**

Based on the above referenced parties' stipulation and good cause appearing,

IT IS HEREBY ORDERED that Wynn's claims against National Union are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that each party shall bear its own fees and costs as to this action.

DATED September 29, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE